**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LISA MYERS,<br><br>                Plaintiff,<br><br>    v.<br><br>8TH JUDICIAL DISTRICT COURT, *et al*,<br><br>                Defendants. | Case No. 2:12-cv-01035 -APG-CWH<br><br>**Order Approving Report and Recommendation** |

On December 3, 2012, Magistrate Judge Carl W. Hoffman entered his Order and Report and Recommendation [Dkt #5].  Magistrate Judge Hoffman granted Plaintiff's Application to Proceed *in Forma Pauperis*, and ordered that Plaintiff's Amended Complaint be filed.  Magistrate Judge Hoffman also recommended that Plaintiff's Amended Complaint [Dkt #2] be dismissed with prejudice because Plaintiff failed to state a claim upon which relief can be granted.  No objection to that Report and Recommendation has been filed.

Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service.  No objection has been filed.  Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation dated December 3, 2012 is adopted and approved, and Plaintiff's Amended Complaint is hereby dismissed with prejudice.

/ / / /

1 | The Clerk of the Court shall enter judgment accordingly.

2 | Dated: May 13, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE