# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LISA MYERS, | Case No. 2:12-cv-01035 -APG-CWH |
| Plaintiff, | |
| v. | **Order Approving Report and Recommendation** |
| 8TH JUDICIAL DISTRICT COURT, *et al*, | |
| Defendants. | |

On December 3, 2012, Magistrate Judge Carl W. Hoffman entered his Order and Report and Recommendation [Dkt #5]. Magistrate Judge Hoffman granted Plaintiff's Application to Proceed *in Forma Pauperis*, and ordered that Plaintiff's Amended Complaint be filed. Magistrate Judge Hoffman also recommended that Plaintiff's Amended Complaint [Dkt #2] be dismissed with prejudice because Plaintiff failed to state a claim upon which relief can be granted. No objection to that Report and Recommendation has been filed.

Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service. No objection has been filed. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation dated December 3, 2012 is adopted and approved, and Plaintiff's Amended Complaint is hereby dismissed with prejudice.

/ / / /

1 | The Clerk of the Court shall enter judgment accordingly.

2 | Dated: May 13, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE